| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LEI Transportation, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number (if known) | **18-50786-JWC** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **A/B, D, and H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2019**      X **/s/ Michael D. Walling**
Signature of individual signing on behalf of debtor

**Michael D. Walling**
Printed name

**C.E.O.**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LEI Transportation, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | **18-50786-JWC** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................. $ **19,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................... $ **19,000.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **1,821,530.25**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **784,781.94**

4. **Total liabilities** ....................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ **2,606,312.19**

**Fill in this information to identify the case:**

Debtor name: **LEI Transportation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known): **18-50786-JWC**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Fidelity Bank** | checking | 5944 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **LEI Transportation, Inc.** | Case number *(If known)* **18-50786-JWC** |
|---|---|---|
| | Name | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $0.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** office furniture | Unknown | | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** office equipment | Unknown | | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $1,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Debtor  **LEI Transportation, Inc.**                                                      Case number *(If known)*  **18-50786-JWC**
        Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

    | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    | 47.1. | 2012 Kenworth T660 tractor | Unknown | | $18,000.00 |
    |---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                                                 **$18,000.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | LEI Transportation, Inc. | Case number *(If known)* | 18-50786-JWC |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $19,000.00  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $19,000.00 |

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | LEI Transportation, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | 18-50786-JWC |

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Amur Equipment Finance**
Creditor's Name
Amanda Griepenstroh
308 North Locust Street, # 100
Grand Island, NE 68801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**2077;3570**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2012 Kenworth T660 tractor**

Describe the lien
**title lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$28,659.25**    Value: **$18,000.00**

---

**2.2 Capital Advance Services LLC**
Creditor's Name

30 Braod Street, 14th Floor
New York, NY 10004
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/01/2017**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Merchant Security Agreement**

Describe the lien
**Merchant Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$75,000.00**    Value: **$0.00**

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

Debtor **LEI Transportation, Inc.**     Case number (if know) **18-50786-JWC**
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Fast Advance Funding, LLC** | **Describe debtor's property that is subject to a lien** | $1,300,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **factoring agreement** | | |

**141 N. 2nd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

**Describe the lien**
**factoring agreement**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
**04/20/2017**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Funding Circle USA, Inc.** | **Describe debtor's property that is subject to a lien** | $76,541.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **future receivables** | | |

**PO Box 1719**
**Portland, OR 97207-1719**
Creditor's mailing address

**Describe the lien**
**Business Loan and Security Agreement**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
**11/24/2015**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Kash Capital** | **Describe debtor's property that is subject to a lien** | $52,465.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Secured Merchant Agreement** | | |

**1022 Avenue M.**
**Brooklyn, NY 11230**
Creditor's mailing address

**Describe the lien**
**Secured Merchant Agreement**

---

| Debtor | **LEI Transportation, Inc.** | Case number (if know) | **18-50786-JWC** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/22/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **ML Factors Funding L.L.C.** | **Describe debtor's property that is subject to a lien** | **$52,465.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Future Receivables Agreement** | | |

**456A Central Avenue**
**Suite 128**
**Cedarhurst, NY 11516**
Creditor's mailing address

**Describe the lien**
**Future Receivables Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/24/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Pearl Delta Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$114,400.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Revenue purchase Agreement** | | |

**100 William Street**
**Suite 900**
**New York, NY 10038**
Creditor's mailing address

**Describe the lien**
**Revenue purchase Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/22/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Debtor    **LEI Transportation, Inc.**                                    Case number (if know)    **18-50786-JWC**
                Name

| | | | |
|---|---|---|---|
| 2.8 | **Trilogy Consulting Group, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>future receivables | $122,000.00    $0.00 |
| | Harlin Schwartzman, V.P.<br>1001 Ave. The Americas<br>11th Fl<br>New York, NY 10018<br>Creditor's mailing address | | |
| | Creditor's email address, if known | **Describe the lien**<br>**Future Receivables Purchase Agreement**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | |
| | **Date debt was incurred**<br>**09/25/2017**<br>**Last 4 digits of account number** | ☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,821,530.25

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **LEI Transportation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known): 18-50786-JWC

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Mike Walling** | **2679 Peppermint Drive Tucker, GA 30084** | **Funding Circle USA, Inc.** | ■ D  2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Mike Walling** | **2679 Peppermint Drive Tucker, GA 30084** | **Kash Capital** | ■ D  2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Mike Walling** | **2679 Peppermint Drive Tucker, GA 30084** | **Capital Advance Services LLC** | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Mike Walling** | **2679 Peppermint Drive Tucker, GA 30084** | **Pearl Delta Funding, LLC** | ■ D  2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Mike Walling** | **2679 Peppermint Drive Tucker, GA 30084** | **Fast Advance Funding, LLC** | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **LEI Transportation, Inc.** | Case number *(if known)* | **18-50786-JWC** |
|---|---|---|---|

### Additional Page to List More Codebtors
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Mike Walling** | **2679 Peppermint Drive**<br>**Tucker, GA 30084** | **U.S. Bank** | ☐ D _____<br>■ E/F  **3.580**<br>☐ G _____ |
| 2.7 | **Mike Walling** | **2679 Peppermint Drive**<br>**Tucker, GA 30084** | **First Bankcard** | ☐ D _____<br>■ E/F  **3.209**<br>☐ G _____ |
| 2.8 | **Mike Walling** | **2679 Peppermint Drive**<br>**Tucker, GA 30084** | **Amur Equipment Finance** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

| | | |
|---|---|---|
| In re: | : | Case No. 18-50786-JWC |
| | : | |
| LEI TRANSPORTATION, INC., | : | Chapter 11 |
| | : | |
|     Debtor. | : | |
| _____ | : | |

CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing AMENDED SCHEDULES and related papers using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

- Timothy J. Burson    tjb@boviskyle.com; lholl@boviskyle.com

- Thomas Wayne Dworschak    thomas.w.dworschak@usdoj.gov; lisa.maness@usdoj.gov; ltctommyd@aol.com

    I further certify that on this day I caused a copy of this document to be served via first class U.S. Mail, with adequate postage prepaid, on the following party at the address shown:

FC Marketplace, LLC
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0701

    This the 25th day of May, 2019.

                                              /s/ Paul Reece Marr
                                              Paul Reece Marr
                                              GA Bar No. 471230

Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, NW
Atlanta, Georgia 30339
770-984-2255

SUPPLEMENTAL MATRIX

Amur Equipment Finance
Amanda Griepenstroh
308 North Locust Street, # 100
Grand Island, NE 68801